No. 744. EDDY *v.* RECONSTRUCTION FINANCE CORPORATION ET AL. March 25, 1940. Petition for writ of certiorari

to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel Silbiger* and *John Kennedy White* for petitioner. *Solicitor General Biddle* and *Mr. C. J. Durr* for respondents.